UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RYAN O'DELL, | : |
| Plaintiff, | : Civ. No. 1:23-cv-5774 |
| v. | : |
| DICE THERAPEUTICS, INC., JIM SCOPA, JAKE SIMSON, LISA BOWERS, MITTIE DOYLE, J. KEVIN JUDICE, RICHARD SCHELLER, and SHARON TETLOW, | : |
| Defendants. | : |

---

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: August 9, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**MELWANI & CHAN LLP**

　　　　　　　　　　　　　　　　　　/s *Gloria Kui Melwani*
　　　　　　　　　　　　　　　　　　Gloria Kui Melwani (GM5661)
　　　　　　　　　　　　　　　　　　1180 Avenue of the Americas, 8th Floor
　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　Tel: (212) 382-4620
　　　　　　　　　　　　　　　　　　Email: gloria@melwanichan.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*